IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUKAS MICHAEL HARDIN, <br><br> Defendant. | Case No.:   20-03014-01-CR-S-MDH |

## UNITED STATES' MOTION TO RE-ISSUE ARREST WARRANT

Comes now the United States of America, by and through its undersigned counsel, and hereby respectfully requests that the Court re-issue Defendant Lukas Michael Hardin's arrest warrant in the above-titled matter. In support thereof, the United States asserts the following:

On February 18, 2020, a grand jury seated in Springfield, Missouri returned an indictment against the defendant charging him with one count of passing counterfeit obligations, in violation of 18 U.S.C. § 472.  (Doc. 1.)  Upon the return of the indictment, a warrant was issued for the defendant's arrest.

On March 16, 2020, the Honorable Beth Phillips, Chief United States District Court Judge for the Western District of Missouri, issued a General Order concerning the COVID-19 pandemic, which modified certain court procedures.  *In re: Court Operations under the Exigent Circumstances Created by the Outbreak of Coronavirus Disease (COVID-19)*, General Order (Mar. 16, 2020).  The purpose of this Order was, in part, "to reduce the congregation of large numbers of people in courthouses."  *Id*.  This Order was to remain in effect until March 29, 2020.  *Id*.

On March 24, 2020, Chief Judge Phillips extended this General Order to May 3, 2020.  *In re: Court Operations under the Exigent Circumstances Created by the Outbreak of Coronavirus Disease (COVID-19)*, General Order (Mar. 24, 2020).

On April 15, 2020, due to the Court's General Order and the ongoing COVID-19 pandemic, the United States filed a motion to recall the warrant issued for the defendant's arrest related to the returned indictment. (Doc. 5.) The United States requested that the recall be done "without prejudice and subject to a potential later request by the Government to re-issue said arrest warrant at a later date." (Doc. 5.) The Court granted the United States' request on the same date. (Doc. 6.)

On April 20, 2020, Chief Judge Phillips extended the March 24 General Order to May 17, 2020. *In re: Court Operations under the Exigent Circumstances Created by the Outbreak of Coronavirus Disease (COVID-19)*, General Order (Apr. 20, 2020). The Order was not extended or superseded on or after May 17, 2020.

Due to the fact the Court's General Order has now expired and most in-court proceedings are resuming, the United States respectfully requests that this Court re-issue the warrant for the defendant's arrest.

> Respectfully submitted,
>
> Timothy A. Garrison
> United States Attorney
>
> By */s/ Casey Clark*
> Casey Clark
> Assistant United States Attorney
> 901 St. Louis Street, Suite 500
> Springfield, Missouri 65806-2511

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing was delivered on May 26, 2020, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                */s/ Casey Clark*
                                                Casey Clark
                                                Assistant United States Attorney